IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 7:22-CR-26-2 (HL) |
| RYAN LOYD REEVES,<br>Defendant. | *EX PARTE* |

### EX PARTE ORDER ISSUANCE OF A SUBPOENA

Upon motion of Mr. Reeves, by and through his court-appointed counsel, and upon good cause being shown, **IT IS HEREBY ORDERED** that the Clerk of Court produce[1] a subpoena, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, for:

Charles Pettus
Boston Police Department
120 S. Main Street
Boston, Georgia 31626,

to appear before the court at 9:00 a.m. on July 17, 2023, to give testimony in the trial of the above-styled case.

Upon closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk.

**SO ORDERED** this  12th  day of July 2023.

s/Hugh Lawson
**HON. HUGH LAWSON, SENIOR U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA**

---

[1] The subpoena issued herein will be served by the Office of the Federal Defenders of the Middle District of Georgia, Inc.

1